**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JUAN XO, individually and on behalf of all others similarly situated,

                                        Plaintiff,

     -against-

ROCKY CAR WASH CORP., and FERNANDO MAGALHAES as an individual,

                                        Defendants.

---

No. **1:22-CV-444 (SJB)**


**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68(a)**


TO:    Nils C. Shillito, Esq.
       **Stephen D. Hans & Associates, P.C.**
       30-30 Northern Boulevard, Suite 401
       Long Island City, New York 11101
       nshillito@hansassociates.com
       *Attorneys for Defendants*


        PLEASE TAKE NOTICE that pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Juan Xo ("Plaintiff") accepts the Offer of Judgment served on them by Defendants Rocky Car Wash Corp. and Fernando Magalhaes, as an individual (collectively "Defendants") on July 13, 2022 (attached hereto as **Exhibit A**), allowing Plaintiff to take judgment against Defendants in the amount of Two Thousand Five Hundred Dollars ($2,500.00), to fully and finally resolve all claims asserted by the Plaintiff against Defendants in this action, inclusive of attorneys' fees, litigation expenses and costs of suit incurred by Plaintiff.

Dated: New York, New York
       July 26, 2022

**Helen F. Dalton & Associates, PC**

By: */s/Roman Avshalumov, Esq.*
Roman Avshalumov, Esq.
80-02 Kew Gardens Road,
Suite 601
Kew Gardens, NY 11415
avshalumovr@yahoo.com
*Attorneys for Plaintiffs*

## AFFIRMATION OF SERVICE

I, Roman Avshalumov, Esq., declare that on July 26, 2022, I served a copy of the attached

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P.

68(a) upon all other parties in this case by electronic mail to the following person:

Nils C. Shillito, Esq.
**Stephen D. Hans & Associates, P.C.**
30-30 Northern Boulevard, Suite 401
Long Island City, New York 11101
nshillito@hansassociates.com
*Attorneys for Defendants*

**Helen F. Dalton & Associates, PC**

By :  */s/Roman Avshalumov, Esq.*
Roman Avshalumov, Esq.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
avshalumovr@yahoo.com
*Attorneys for Plaintiffs*

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUAN XO                                          Case No.: 22-CV-444 (SJB)

                                    Plaintiff,

        -against-                                **OFFER OF JUDGMENT**
                                                 **PURSUANT TO**
ROCKY CAR WASH CORP. and                         **FED. R. CIV. P. 68**
FERNANDO MAGALHAES as an individual,

                                    Defendants.
-------------------------------------------------------------------X

## OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, the defendants Rocky Car Wash

Corp. and Fernando Magalhaes (collectively, the "Defendants") hereby offer to allow judgment to be

entered in favor of plaintiff Juan Xo ("Plaintiff") and against the Defendants jointly and severally in the

amount of $2,500.00, on the following terms:

        1.      This Offer of Judgment is inclusive of all damages and relief sought by the Plaintiff in

this action, including but not limited to Plaintiff's claims for allegedly unpaid wages, minimum wages,

overtime compensation, spread-of-hours compensation, liquidated damages, statutory damages and/or

penalties, pre-judgment interest, and post-judgment interest, and is also inclusive of all attorneys' fees,

litigation expenses and costs of suit incurred by the Plaintiff to date in this action.

        2.      This Offer of Judgment is made by the Defendants to fully and finally resolve all claims

asserted by the Plaintiff against the Defendants in this action.  Such claims include but are not limited

to: (i) claims pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, as amended, for

allegedly unpaid wages, minimum wages, overtime compensation, liquidated damages, statutory

damages and/or penalties, pre-judgment interest, post-judgment interest, attorneys' fees and costs; (ii)

claims pursuant to the New York Labor Law, and related regulations promulgated by the NYS

Commissioner of Labor, including but not limited to the NYS Wage Theft Prevention Act, for allegedly

unpaid wages, minimum wages, overtime compensation, spread-of-hours compensation, liquidated

damages, statutory damages and/or penalties, pre-judgment interest, post-judgment interest, attorneys'

fees and costs; and (iii) claims for declaratory and/or injunctive relief relating to the alleged violations

of the Fair Labor Standards Act and New York Labor Law.  Should Plaintiff accept this Offer of

Judgment, the judgment entered thereon shall be in full satisfaction of all such claims and any and all

related relief, and Plaintiff's acceptance of this Offer of Judgment shall have the effect of immediately

releasing and forever discharging Defendants from all such claims.

3.      Acceptance of this Offer of Judgment by Plaintiff shall operate to waive Plaintiff's right

to any post-judgment interest in connection with the judgment entered thereon.

4.      This Offer of Judgment is made for the purposes specified in Rule 68 of the Federal

Rules of Civil Procedure, and shall not constitute, operate, nor be construed as an admission of any kind

by the Defendants that they have violated any federal, state or local statute, regulation, or common law,

nor that Defendants are liable to the Plaintiff or to any other individuals with respect to any of the

claims asserted by the Plaintiff in this action.

5.      If not accepted, this Offer of Judgment expires on the fifteenth (15th) day after receipt by

Plaintiff's counsel.  Any acceptance of this Offer of Judgment must be in writing.  If not timely

accepted, any evidence of this Offer of Judgment shall be inadmissible, except in connection with any

motion or proceeding to attempt to recover costs or attorneys' fees in this action.

6.      The terms of this Offer of Judgment are not subject to modification, amendment or

2

revision, and Plaintiff must either accept or reject this Offer of Judgment on the terms explicitly set

forth herein.

Dated:  Long Island City, New York
        July 13, 2022

                                        STEPHEN D. HANS & ASSOCIATES, P.C.


                                        By:_____
                                           Nils C. Shillito (NS-6755)
                                           30-30 Northern Boulevard, Suite 401
                                           Long Island City, New York 11101
                                           Tel: 718.275.6700
                                           *Attorneys for the Defendants*


To:    Helen F. Dalton & Associates, P.C.
       80-02 Kew Gardens Road, Suite 601
       Kew Gardens, NY 11415
       *Attorneys for the Plaintiff*


3

## CERTIFICATE OF SERVICE

The undersigned attorney, a member of the Bar of this Court, hereby certifies that on July 13, 2022, I served a true and correct copy of the foregoing OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 upon:

Roman Avshalumov, Esq.
HELEN F. DALTON & ASSOCIATES, P.C.
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
*Attorneys for the Plaintiff*

by electronic mail (avshalumovr@yahoo.com) and by first class mail by enclosing a true copy of same in a properly addressed, postpaid wrapper, and by causing same to be deposited in an official depository under the exclusive care and custody of the United States Postal Service.

Nils C. Shillito (NS-6755)

4