```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN XO, individually and on behalf of all
others similarly situated,

                        Plaintiff,           JUDGMENT
        v.                                   22-CV-444 (SJB)

ROCKY CAR WASH CORP., and
FERNANDO MAGALHAES as an individual,

                        Defendants.
-----------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 28 2022 ★
BROOKLYN OFFICE

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 26, 2022; and Defendants Rocky Car Wash Corp. and Fernando Magalhaes, as an individual, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff, in the amount of Two Thousand Five Hundred Dollars ($2,500.00), to fully and finally resolve all claims asserted by the Plaintiff against Defendants in this action, inclusive of attorneys' fees, litigation expenses and costs of suit incurred by Plaintiff; it is.

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants Rocky Car Wash Corp. and Fernando Magalhaes, as an individual, in the amount of Two Thousand Five Hundred Dollars ($2,500.00), to fully and finally resolve all claims asserted by the Plaintiff against Defendants in this action, inclusive of attorneys' fees, litigation expenses and costs of suit incurred by Plaintiff.

Dated: Brooklyn, New York
       July 28, 2022

Brenna B. Mahoney
Clerk of Court

By: /s/Jalitza Poveda
    Deputy Clerk